JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

4/16/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Aminah Abdul-Hakim,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Vital Recovery Services, Inc,<br><br>　　　　Defendants. | Case No.: 5:15-cv-00180-MWF-DTB<br><br>[PROPOSED] ORDER |

~~PROPOSED~~ ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: April 16, 2015

*[signature]*

Judge: Hon. Michael W. Fitzgerald

~~PROPOSED~~ ORDER